UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

|  |  |
|---|---|
| FRANK J. VENTIMIGLIA,<br><br>             Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, *Acting Commissioner of Social Security Administration*,<br><br>             Defendant. | Case No. CV-22-84 -BLG-TJC<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED Pursuant to Order [Doc. 16] Judgment is entered in favor of the Defendant and against the Plaintiff.

      Dated this 26th day of May, 2023.

                                       TYLER P. GILMAN, CLERK

                                       By: /s/ Juliana Edwards
                                       Juliana Edwards, Deputy Clerk